# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                              No. 4:10CR00286 JLH

CHRISTOPHER PAUL DERCOLA;
ERIC LEE CARTER; OTIS SCRIVEN;
HENRY WORKS; QUANTERRIOUS CAMPBELL;
and VATRINA LASHAWN PERRY                                                                    DEFENDANTS

## ORDER

The United States has filed a motion for order to destroy drug evidence seized from defendants Christopher Dercola and Eric Lee Carter. If any defendant objects to the motion to destroy the evidence, the objection must be filed on or before February 14, 2013. The Clerk is directed to send notice of this order to counsel of record for all defendants in this case through CM/ECF.

IT IS SO ORDERED this 22nd day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE