Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

### Eastern District of Arkansas

NOV 05 2014

JAMES W. McCORMACK, CLERK

By: _____
DEP CLERK

UNITED STATES OF AMERICA
V.

Christopher Paul Dercola

| | |
|---|---|
| Case Number: | 4:10CR00286-01-JLH |
| USM | 26200-009 |

**Date of Original Judgment:**  <u>May 15, 2012</u>

_____

**Date of Previous Amended Judgment:** <u>N/A</u>
*(Use Date of Last Amended Judgment if Any)*

<u>N/A</u>
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of    ☐ the defendant    ☐ the Director of the Bureau of Prisons    X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of
75 months **is reduced to 61 months.**

Except as provided above, all provisions of the judgment dated May 15, 2012 will remain in effect.

**IT IS SO ORDERED.**

Order Date: _<u>Nov. 5, 2014</u>_

_____
United States District Judge

Effective Date: <u>November 1, 2015</u>
(If different from order date)